City of Chicago, appellee, v. Frederick Jones, appellant. Gen. No. 24,810.

Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919.

Edward H. Morris, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

City of Chicago, appellee, v. Harry Garrison, appellant. Gen. No. 24,811.

Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling. Defendant found .the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinon filed March 10, 1919.

Edward H. Morris, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

City of Chicago, appellee, v. Henry Goff, appellant. Gen. No. 24,812.

Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919.

Edward H. Morris, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

City of Chicago, appellee, v. William Durham, appellant. Gen. No. 24,813.

Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919.

Edward H. Morris, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

City of Chicago, appellee, v. Edward Watson, appellant. Gen. No. 28,814.

Prosecution for violation of Municipal Code, sec. 978, prohibiting gambling. Defendant found guilty. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919.

Edward H. Morris, for appellant. Samuel A. Ettelson and Harry B. Miller, for appellee; Daniel Webster, of counsel.

Mr. Justice McSurely delivered the opinion of the court.